

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00606-CR

EX PARTE ALFONSO SANTANA VILLA, Appellant

Appeal from the 174th District Court of Harris County (Tr. Ct. No. 752734-A).

**TO THE 174TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of July, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on June 8, 2015. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 23, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 2, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

